# THE BERNSTEIN LAW FIRM

*Attorneys and Counselors at Law*
3050 Biscayne Boulevard, Suite 403
Miami, Florida 33137
Tel. (305) 672-9544/ (718)475-5603 Fax. (305) 672-4572
e-mail: michael@bernstein-lawfirm.com

November 18, 2015

<u>Via ECF</u>
Honorable Ronald L. Ellis
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 11C
New York, NY 10007-1312

  Re: ***Boaziz v. Torati et al., et al. Case No.: 14-cv-8024***

Your Honor:

Enclosed, please find the Parties' proposed Stipulation and Protective Order Governing the Production of Confidential Information In Post Judgment Discovery Proceedings. If the proposed Stipulation meets with Your Honor's approval, we respectfully request that Your Honor enter same.

The undersigned are available for further discussion related to the proposed Stipulation, should you require same.

Respectfully submitted,


*s/ Abe George*      *s/ Michael Bernstein*
44 Wall Street, 2nd Floor   1688 Meridian Avenue, Suite 418
New York, NY 10005    Miami Beach, Florida 33139
*Attorney for Defendant*    *Attorney for Plaintiff*